Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant YANG ZHAO



FILED

DEC 12 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YANG ZHAO,<br><br>Defendants. | Case No. CR 13-00201 DLJ (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

The United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Yang Zhao, by and through her counsel Edward W. Swanson, hereby submit this stipulated request to modify Ms. Zhao's conditions of release. The parties agree and stipulate as follows:

(1) On May 9, 2013, the Court set conditions of release for Ms. Zhao, one of which was a condition that she be subject to electronic monitoring.

(2) The parties agree that Ms. Zhao has been in compliance of all her conditions of pretrial release.

(3) The parties now agree that in light of Ms. Zhao's performance on pretrial release, the condition of electronic monitoring should be eliminated.

(4) Pretrial Services Officer Silvio Lugo has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED: December 10, 2013

/s/
Jeffrey Schenk
Assistant United States Attorney

DATED: December 10, 2013

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorney for YANG ZHAO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/11/13

HON. Howard R. Lloyd
United States Magistrate Judge

---

2

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**
*United States v. Kashani, et al.  (No. CR 13-00201-DLJ (HRL))*