1   Edward W. Swanson, SBN 159859
2   eswanson@swansonmcnamara.com
    SWANSON & McNAMARA LLP
3   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
4   Telephone: (415) 477-3800
5   Facsimile: (415) 477-9010

6   Attorney for Defendant YANG ZHAO





7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          Case No. CR 13-00201 DLJ

12              Plaintiff,
13       v.                            STIPULATION AND [PROPOSED]
                                       ORDER EXONERATING BOND
14  YANG ZHAO,

15              Defendants.

16

17      The United States of America, by and through Assistant United States Attorney Jeffrey

18  Schenk, and Yang Zhao, by and through her counsel Edward W. Swanson, hereby agree and
19
20  stipulate as follows:

21      (1) On May 9, 2013, the Court set conditions of release for Dr. Zhao, which included the

22  posting of $250,000 in real property interest to secure Dr. Zhao's appearance.

23      (2) The parties agree that Dr. Zhao has been in compliance with all her conditions of pretrial
24
25  release since that date.

26      (3) The parties have agreed that as a resolution to this case Dr. Zhao will be placed on

27  Pretrial Diversion for a period of 18 months and be required to complete community service

28  hours.

(4) In the normal course, the bond securing Dr. Zhao's appearance would not be exonerated until Dr. Zhao's case is dismissed at the end of the Diversion program.

(5) The parties agree that it is appropriate in Dr. Zhao's case to exonerate her appearance bond before the completion of the Diversion program.

(6) The parties respectfully request that the appearance bond be exonerated and that the Clerk of the Court reconvey the property posted to secure the bond to the posting party.

(7) The parties further agree that Dr. Zhao's passport should be returned to her before the completion of the Diversion program.

(8) The parties respectfully request that Pretrial Services be ordered to immediately return Dr. Zhao's passport to her.

(9) Pretrial Services Officer Silvio Lugo has no objection to the relief requested in this stipulation and proposed order.


**IT IS SO STIPULATED.**


DATED:  April 10, 2014                                                 _____/s/_____
                                                                      Jeffrey Schenk
                                                                      Assistant United States Attorney


DATED:  April 10, 2014                                                 _____/s/_____
                                                                      Edward W. Swanson
                                                                      SWANSON & McNAMARA LLP
                                                                      Attorney for YANG ZHAO

2

1
2
3
4
5
6

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
8
9  DATED:     4-10-14

10

_____
The Hon. D. Lowell Jensen
United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3